IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PATRICIA HOLLEY, et al.,

    Plaintiffs,

vs.                                         CASE NO.: 4:10cv400-SPM

GENERAL BUILDING MAINTENANCE INC, et al.,

    Defendants.

_____/

## DEFAULT JUDGMENT AGAINST FLORIDA LBM INC

Pending before the Court is Plaintiffs' Corrected Motion for Default Judgment (doc. 22) against Defendant Florida LBM, Inc. The Defendant has failed to plead or otherwise defend and the clerk has entered a default (doc. 20) against it pursuant to Federal Rule of Civil Procedure 55(a). Accordingly, it is

    ORDERED AND ADJUDGED:

    1.     Plaintiff's Motion for Default Judgment (doc. 22) is granted.

    2.     Defendant Florida LBM, Inc. has defaulted as to liability.

    3.     The Court reserves jurisdiction for determination of damages,

attorneys' fees, and costs.

DONE AND ORDERED this <u>eleventh</u> day of January, 2011.

<u>  *s/ Stephan P. Mickle*  </u>
Stephan P. Mickle
Chief United States District Judge